Shane Bliss
Name
PO Box 611
Mailing address
Kasilof AK 99610
City, State, Zip
9079535980
Telephone

RECEIVED
AUG 29 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Shane, Christopher Bliss, BB, ZB, RB, WB, LB
(Enter full name of plaintiff in this action)

Plaintiff,

Case No. 3:19-cv-00236-SLG

(To be supplied by Court)

vs.

State of Alaska, Annemoran,

lance Toants, Heather well(s),

Dylon Weiser,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

Defendant(s).

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Shane Bliss,
(print your name)

who presently resides at PO Box 611 Kasilof AK 99610,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Anne Moron__ is a citizen of __Alaska__, and is employed as a __Retired Judge__.
(name) (state) (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Lance Joanis__ is a citizen of __Alaska__, and is employed as a __Judge__.
(name) (state) (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Heather Wells__ is a citizen of __Alaska__, and is employed as a __Judge__.
(name) (state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant 4, Dylan Welser is a citizen of alaska and is employed as a guardian ad litem. Personally participated in causing my injury and I want money damages.

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Defendant 5. State of alaska the policy or custom of this government violates my rights and I seek injunctive relief to stop the continuing violation of my civil rights.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 2 of 7

Claim 1: On or about 3/22/19 (Date), my civil right to Due Process (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by Anne Moran (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Anne Moran told me I could not Report my Rape, abuse, kidnapping, torture and eventual murder to the police. As all of these crimes were admitted to in court by Brenna Bliss in front of Anne Moran and she did nothing to hold Brenna Bliss accountable for her crimes. Violating this court order would be punished by taking custody of my children and giving them to my Rapist and murderer.

Claim 2: On or about 9/11/2018 (Date), my civil right to Due Process (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by Lance Joanis (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Lance Joanis cut off my testimony in court, declaring he had heard enough.

He did not let me testify against my Rapist Brenna Bliss and gave custody of my children to my murder.

In addition without knowing the facts of the case Gave my Rapist child support in violation of Alaska state law. Also awarding her half the childrens PFDs in violation of state law as I had primary Custody for the 2 years prior.

Claim 3: On or about 6/17/18 (Date), my civil right to Due Process
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Heather Wells
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Atto Heather Wells allowed coerced testimony from a mentally handicapped ward of the state in a malicious restraining order hearing against me.

After I filed for divorce from my abuser Brenne Bliss she filed a restraining order against me seeking to keep me from my children. Heather Wells granted the order after it was proven in court I was no threat. I was granted visitation but no schedule was established. I did not see my children for 10 weeks, when I was awarded ~~cus~~ primary custody.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✗__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 500,000,000.00

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 500,000,000.00

3. An order requiring defendant(s) to For feit their licenses to practice law

4. A declaration that The Judges and Dylen weiser were negligent.

5. Other: Judges lance Joanis, Heathar bewells and Judge Rot. Annemorea stand trial with Dylen weiser as accessory to murder after the fact

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage Federal court house on 29 August 2019
            (Location)                                    (Date)

_____
(Plaintiff's Original Signature)


_____          _____
Original Signature of Attorney (if any)      (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Claim 4. On or about 20 July 2017 my civil right to Due process was violated By Dylan Weises.

He stated that Anna Moran would never agree to my having sole custody of my children. In spite of all the admissions of multiple violations of laws and court orders. Later in court he testified that she was cooperating with the court. This proves a Bias in the court and perjury on the part of Dylan Wersey. I pointed this out to Anna Moran and Lance Jounis and neither one held him accountable.